**Order entered September 17, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00280-CR

**LEWIS TERRELLE SLEDGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 19-CR-3793**

### ORDER

Before the Court is the State's appellant's September 14, 2021 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief file on or before November 15, 2021. We **DIRECT** the Clerk to set this case at issue on November 15, 2021.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE